IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BERNARD FRACTION,<br><br>                  Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY ATTORNEY'S OFFICE, THERESIA URICH, DOUGLAS COUNTY TREASURER'S OFFICE, JOHN EWING, Treasurer; DIRECTOR OF PUBLIC PROPERTIES, DENNIS ROOKSTOOL, TIM DOLAN, and RICHARD KOPF,<br><br>                  Defendants. | 8:19CV192<br><br>MEMORANDUM<br>AND ORDER |

      This matter is before me on Plaintiff's Motion to Recuse. ([Filing No. 3](#).) I am named as a defendant in this matter, and I, therefore, must recuse myself pursuant to [28 U.S.C. § 455(b)(5)](#). Accordingly,

      IT IS ORDERED that:

      1.     Plaintiff's Motion to Recuse ([filing no. 3](#)) is granted.

      2.     The clerk's office shall randomly assign a new judge to this case and request a reassignment order from the Chief Judge.

      3.     The chief pro se staff attorney will assist the judge to whom the case is reassigned if requested to do so.

Dated this 13th day of May, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge